```
 1 McGREGOR W. SCOTT
   United States Attorney
 2 KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
 3 501 I Street, Suite 10-100
   Sacramento, CA 95814
 4 Telephone: (916)554-2723

 5 Attorneys for Plaintiff
   United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cv-01637-MCE-DAD |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **APPLICATION AND ORDER FOR** |
| v. | ) | **PUBLICATION** |
| | ) | |
| 2006 HONDA CIVIC EX, | ) | |
| VIN: JHMFA168X6S005504, | ) | |
| CALIFORNIA LICENSE NUMBER: | ) | |
| 5TNR311, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

/////

1

1    3.   The defendant 2006 Honda Civic EX, VIN: JHMFA168X6S005504, California License Number: 5TNR311 (hereafter "defendant vehicle") was seized in the city of San Francisco, in San Francisco County, California.  The Drug Enforcement Administration ("DEA") published notice of the nonjudicial forfeiture of the defendant vehicle on April 9, 16 and 23, 2007 in the <u>Wall Street Journal</u>.

4.   Plaintiff proposes that publication be made as follows:

   a.   One publication;

   b.   In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant vehicle was seized: <u>The Recorder</u>;

   c.   The publication is to include the following:

      (1)   The Court, title and number of the action;

      (2)   The date of the arrest/seizure;

      (3)   The identity and/or description of the property arrested/seized;

      (4)   The name, address, and telephone number of the attorney for the Plaintiff;

      (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

      (6)   A statement that answers to the Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

(7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

(8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: Aug. 9, 2007
McGREGOR W. SCOTT
United States Attorney


 /s/ Kristin S. Door
KRISTIN S. DOOR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: August 13, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/hondacivic1637.ord