```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ KRISTIN S. DOOR, SBN 84307
   │ Assistant United States Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, CA 95814
 4 │ Telephone: (916)554-2723
 5 │ Attorneys for Plaintiff
   │ United States of America
```



FILED
AUG 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> 2006 HONDA CIVIC EX, <br> VIN: JHMFA168X6S005504, <br> CALIFORNIA LICENSE NUMBER: <br> 5TNR311, <br> Defendant. | 2:07-cv-01637-MCE-DAD <br><br> **AMENDED ORDER REGARDING CLERK'S ISSUANCE OF AN AMENDED WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a First Amended Verified Complaint for Forfeiture *In Rem* has been filed on August 16, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant 2006 Honda Civic EX, VIN: JHMFA168X6S005504, California License Number: 5TNR311 (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the First Amended Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent

1

1 | Spencer Savage, there is probable cause to believe that the
2 | defendant vehicle so described constitutes property that is
3 | subject to forfeiture for such violation(s), and that grounds for
4 | issuance of an Amended Warrant for Arrest of Articles *In Rem*
5 | exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for
6 | Admiralty or Maritime Claims and Asset Forfeiture Actions;

  IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue an Amended Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 8/16/07

_____
DALE A. DROZD
United States Magistrate Judge