

FILED

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2:07-cv-01637-MCE-DAD
)
    Plaintiff, ) **AMENDED ORDER REGARDING**
) **CLERK'S ISSUANCE OF AN AMENDED**
    v. ) **WARRANT FOR ARREST OF ARTICLES**
) ***IN REM***
2006 HONDA CIVIC EX, )
VIN: JHMFA168X6S005504, )
CALIFORNIA LICENSE NUMBER: )
5TNR311, )
)
    Defendant. )
_____ )

    WHEREAS, a First Amended Verified Complaint for Forfeiture *In Rem* has been filed on August 16, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant 2006 Honda Civic EX, VIN: JHMFA168X6S005504, California License Number: 5TNR311 (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C. § 841 *et seq.*;

    And, the Court being satisfied that, based on the First Amended Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent

1

Spencer Savage, there is probable cause to believe that the defendant vehicle so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of an Amended Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue an Amended Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 8/16/07

_____
DALE A. DROZD
United States Magistrate Judge