```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. 2:07-cv-01637-MCE-DAD
                                   )
12          Plaintiff,             )   FINAL JUDGMENT OF
                                   )   FORFEITURE
13      v.                         )
                                   )
14  2006 HONDA CIVIC EX,           )
    VIN: JHMFA168X6S005504,        )
15  CALIFORNIA LICENSE NUMBER:     )
    5TNR311,                       )
16                                 )
            Defendant.             )
17  _____)
```

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

   1. This is a civil forfeiture action against a 2006 Honda Civic EX, VIN: JHMFA168X6S005504, California License Number: 5TNR311 (hereafter "defendant vehicle").

   2. A First Amended Verified Complaint for Forfeiture *In Rem* was filed on August 16, 2007, seeking the forfeiture of the defendant vehicle, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4), as property that constitutes a conveyance used to transport, or in any manner to facilitate the transportation,

1

sale, receipt, possession, or concealment of a controlled substance or listed chemical in violation of 21 U.S.C. § 841 *et seq*.

3. On or about August 16, 2007, the Court issued an Amended Warrant for Arrest of Articles *In Rem* for the defendant vehicle, and that was duly executed on September 27, 2007.

4. On October 4, 2007, a Public Notice of Arrest and Seizure of the defendant vehicle appeared by publication in <u>The Recorder</u>, a newspaper of general circulation in the county in which the defendant vehicle was seized (San Francisco County).

5. In addition to the Public Notice of Arrest having been completed, plaintiff gave actual notice to the following:

    a. Jason Tuan Hoang

    b. Michael Chastaine (attorney)

6. On September 11, 2007, Hoang filed a verified claim alleging that the defendant vehicle is lawfully-owned, along with an answer to the complaint. On September 13, 2007, Hoang filed an amended verified claim alleging he is the sole legal owner and the defendant vehicle is lawfully-owned.

7. Apart from claimant Hoang, no other party has filed a claim or answer in this matter and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

1    2. That judgment is hereby entered against claimant Jason Tuan Hoang and all other potential claimants who have not filed claims in this action.

3. That all right, title, and interest in the defendant vehicle is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law.

4. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest/seizure or forfeiture of defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest/seizure or forfeiture, as well as to those now known or disclosed. The parties to this agreement waive the provisions of California Civil Code § 1542.

5. That pursuant to the stipulation of the parties, and allegations set forth in the First Amended Verified Complaint for Forfeiture *In Rem* was filed on August 16, 2007, the Court finds that there was reasonable cause for the seizure of the defendant vehicle, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

///
///
///
///
///
///

3

6. That all parties are to bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: March 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the First Amended Verified Complaint for Forfeiture *In Rem* filed August 16, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant vehicle.

_____
MORRISON C. ENGLAND, JR.
United States District Judge